■ BUFFALO GRAVEL CORPORATION, Respondent, v. JOHN A. JOHNSON & SONS, INC., Appellant. JOHN A. JOHNSON & SONS, INC., Appellant, v. BUFFALO GRAVEL CORPORATION, Respondent.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Erie Special Term which fixes the venue of the consolidated action in Erie County.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ RUTH N. SOULE et al., Appellants, v. TOWN OF PERINTON et al., Respondents.— Orders vacating notices of examination of the Socony Co. and John D. Andrews affirmed, and order granting motion for a preference insofar as appealed from affirmed, with one bill of $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term vacating an undated notice of examination of defendant Socony Co., before trial; also appeal from part of order of same court and Justice, granting motion for preference and denying request for examination before trial of managing agent of Socony Co., John D. Andrews, the tax supervisor and members of the council, but allowing examination of certain town officers; also appeal from order of the same court and Justice vacating a notice of examination of defendant John D. Andrews before trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIAN A. OSHLAG, Appellant, against ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent. GENESEE VALLEY UNION TRUST COMPANY, Respondent, v. BENJAMIN CHARTOFF, Appellant.— Order dismissing writ of habeas corpus reversed on the law and writ sustained and the Sheriff of Monroe County ordered to discharge and release Benjamin Chartoff from his custody forthwith, on the ground that there is no valid judgment to sustain the body execution. (See *Bouker Contr. Co.* v. *Hailey,* 161 App. Div. 617; *Hotel Syracuse* v. *Brainard,* 256 App. Div. 1055; *Cooper Lbr. Co.* v. *Masone,* 286 App. Div. 879, and 5 Carmody on New York Practice, p. 3585.) Order directing entry of judgment *nunc pro tunc* reversed on the law, with $10 costs and disbursements and motion denied, with $10 costs, without prejudice to the right of the plaintiff to proceed under article 35 of the Civil Practice Act. (See *Merrick* v. *Merrick,* 266 N. Y. 120.) All concur. (Appeal from an order of Monroe Special Term dismissing the writ of habeas corpus and remanding Benjamin Chartoff to the custody of the Sheriff of Monroe County; also appeal from an order of Monroe County Court directing entry of judgment *nunc pro tunc* after assessment of damages.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. (Order entered March 22, 1956.)

■ In the Matter of VINCENT C. MANZELLA, an Attorney.— Report of Referee confirmed and order of disbarment entered. Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.